IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KENNETH LYNN MOORE,                          No C-14-1370 TEH (PR)

        Plaintiff,                        ORDER OF DISMISSAL

    v.

KAMALA D. HARRIS, et al.,

        Defendants.

_____/

On March 25, 2014, Plaintiff, proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On July 2, 2014, the Court dismissed the complaint with leave to amend, explaining the deficiencies in the complaint that needed to be cured. The Court directed Plaintiff to file an amended complaint within twenty-eight days. Plaintiff was cautioned that his failure to do so would result in the dismissal of this action. On August 5, 2014, the Court granted Plaintiff's request for an extension of time and directed him to file his amended complaint on or by October 27, 2014.

1    The time for Plaintiff to file his amended complaint has
2 passed, and plaintiff has not filed an amended complaint or
3 otherwise communicated with the Court.  Accordingly, the instant
4 action is DISMISSED without prejudice.  The Clerk shall enter
5 judgment and close the file.
6    IT IS SO ORDERED.
7
8 DATED    *November 5, 2014*    _____
                                  THELTON E. HENDERSON
9                                 United States District Judge

22 G:\PRO-SE\TEH\CR.14\Moore 14-1370  Dismiss.wpd