IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KENNETH LYNN MOORE,             No C-14-1370 TEH (PR)

    Plaintiff,             ORDER REOPENING ACTION

    v.

KAMALA D. HARRIS, et al.,

    Defendants.
_____/

    This federal civil rights action was dismissed on November 5, 2014 because Plaintiff failed to file an amended complaint on or before October 27, 2014 as directed by the Court. On the same day the action was dismissed, Plaintiff filed his amended complaint. Consequently, the action is REOPENED, and the Clerk is directed to amend the docket accordingly. The judgment (Docket No. 10) and the order of dismissal (Docket No. 9) are VACATED. Plaintiff's amended complaint will be reviewed in a separate order.

    IT IS SO ORDERED.

DATED     _11/12/2014_            _/s/ Thelton E. Henderson_
                                        THELTON E. HENDERSON
                                        United States District Judge

G:\PRO-SE\TEH\CR.14\Moore 14-1370 Reopen.wpd